Good morning. Ken Miller on behalf of Amir Golshan and may it please the court. Mr. Golshan did not receive a fair sentencing hearing. Defense counsel noted his need for more time in a stipulation to which the government agreed, an ex parte application, and then he repeated it in his sentencing position. Okay I've been a we've all been judges at different levels so when lawyers come in and say well we agree that we should continue this 60 days you know judges kind of say well okay that's fine that there's no objection or that you agree but I manage my calendar and I'm deciding so my question is just because the other side agreed that you could have that continuance I don't think that entirely focuses this so what I would like to hear is you submitted the first draft of Dr. Phillips report along with your sentencing memorandum on November 21st I took a look at the report what would have been different in the second draft of Dr. Phillips report if the court granted your continuance request I don't know because well don't you have to make some sort of proffer well yes your honor what they would have done was establish the connection between the mental health issues and the childhood abuse and the crimes as I put in my brief I believe it's self-evident and I believe it's even in the first draft and the judge or the first draft it's an 11 page report and the judge looked at it and took it into account didn't didn't give the sentence you wanted so I'm trying to figure out as Judge Calhoun is asking how can we how can we find that the result would have been different had he gotten a more fulsome report saying exactly the same things that the preliminary report said I think well I don't I don't know that it would have said the same thing I think that this was a first draft it was but you didn't make any at the time when the judge said no you didn't say well here's what a more here here's my witness he's going to take the stand and tell you what the next report would say or what more it would say that you're so so that we were left with not knowing what it was that you were present prevented from presenting other than your quite informed speculation that it might have been better than what he presented your honor the it was presented but it was a first draft it was done on an expedited basis the timing was something like the court denied the continuance on november 15th he uh trial counsel received the report on november 17 filed a sentencing position four days later and then there was a sentencing at that point but he entered a plea in july right yes so you've been working on that since july and the sentencing was november what 21st yes yeah just for the record no what was it or the it was the 27th november 27th was the center i wasn't i wasn't counsel blow just so so we're clear but i've i've reviewed the record what um he is getting jammed and and i've never been a judge but i've been a lawyer and you do you request a continuance with a stipulation you request another continuance and it gets denied it's time to suit up you just have to go okay but that's not a the fact that it was stipulated to it's not enough for us to reverse i i appreciate that that is not to have some prejudice from the absence of the continuance you have i believe let me finish yes you can respond and so i'm still trying to figure out the judge got a preliminary report yeah that actually urged what you're now urging it is all his these crimes were all caused by things that occurred to him in life and the judge said okay i've looked at it i'm not gonna i'm not i'm not gonna give the sentence you want based on it and you're saying well he was prejudiced and i'm trying to figure out how i can determine that other than by simply saying denying the continuance when it was stipulated to as an abuse of discretion it's not just the stipulation is just the other side thought it was reasonable then there's the next party where he explains it in greater detail let me switch to the fact that probation never even got to review this they never considered it probation was the driving force between why did they not why did they not get a draft i do not know but it was not it was not discussed in the pre-sentence report if they it was not considered in the addendums that they were submitting it was a very high level statement that he does have these issues but probation didn't have it and that would have been that that went right to probation's issues if you look at the talking about the bail hearing and everything that these misstatements at the bail hearing it was the mental health issues were all over that er 186 he has bipolar er 194 he was depressed er 196 he's been on meds now and he's doing better probation was really because probation and pretrial are now a one combined organization it seemed to me that the prejudice that the fact that pretrial didn't like him really worked its way into probation not liking him probation needed this information because it goes directly to what their concerns are the inability to be an accurate historian is a byproduct of mental health issues and they were just going past each other everything that mr gulshan did was viewed in the absolute worst light and that you know he did a lot of bad stuff and i i understand that but the perceiving has to be fair and the parties that that make up these decisions have to be informed and yes dr phillips evaluated mr gulshan on september 8th i think is what i have yeah did anyone check in with him for seven weeks between then and november 1st to see how he was progressing in his report i i do not know if there's anybody checked in between those dates i know that when they checked in on november 1st he said i'm really busy and i haven't been able to get it done and so mr eisner you're going to need more time so the i mean he mr eisner said that he checked he started that right after the the change of plea he started the process and that's going to be in his ex parte application to continue and then he also talks about it in the sentencing position when he says i mean he goes to to lengths to say this is only a uh this is only a draft and it was and it was expedited and judge and probation he hasn't even had the opportunity to consider it judge and in this case that's really important because probation was really important probation made the 96 month recommendation they have the two-year upward variance which was what is that was a year or two years longer than the government's requested upward variance and they had experience with mr gold sean that made them an adversary and when i i tried to lay out in the um in the brief what i thought was unfair about the the psr in this case i'm reading that and it looked like they were just going after him every little possible okay inconsistency yes i think that just trying to see what was before there were words like it was unusually cruel and um and the report does say he was bullied that he moved around a lot and talked about his growing up and but there was a lot of money involved but there was the cruelty of these uh young women that he stole their took over their instagram and then put held them hostage and you know there's some pretty aggravating facts and in terms of that he threatened their children made them take off their that he masturbated looking at just so that they could get their their uh they needed their instagram in order to make money because they were influencers you know sometimes it's like you can have all the mental problems in the world and or you can have had the bad life and we see these cases all the time but still people say well but not everyone that has all these problems commits a capital murder not everyone that has all these problems uh you know does the acts i mean this was kind of factually a bit unusual and i've seen a lot of criminal cases in all my years and and i think that's what when you're looking at prejudice he he has problems but the problems don't always say you would not have committed these crimes if you didn't have these problems that's the but i i understand that your honor and it's it's mitigation it's not a complete excuse but the most the point that i just want to make is that the process has to be fair you come into a hard case you've got a hard client really bad things have happened you've as a defense attorney you have to put the best foot forward and defense counsel in this case was not allowed to do that and so the process was fundamentally unfair and because of that you can't rely on the outcome and saying things like you know you don't deserve i don't i'm going to treat you basically this i'm paraphrasing i'm going to treat you the same way you treated your client the the victims that's you know he's a the defendant's a criminal the judge is a is a federal judge you don't get to people the same way um and so i'm just saying this in summary this process i submit was unfair we understand your argument thank you thank you counsel mr roach good morning your honors andrew roach on behalf of appellee united states may it please the court your honors defendant had a fair sentencing i want to address the issue of the continuance first of all well i think that it's not supposed to be arbitrary right correct and the record's a little bit you know making the best argument for your friend on the other side there's not a lot of explanation about why the continuance uh wasn't granted so we sort of have to look at everything in the record to see if it was reasonable because the judge didn't make any um there was some email or something there was a copy of an email exchange that defense counsel said the parties exchanged with the courtroom deputy that judge wright was denying all continuance requests regardless of the of the request merits does it yes yes there was a an email conversation between the courtroom deputy and defense counsel after the stipulation the first stipulation was denied what what reason did the judge give for denying the continuance well the judge gave no official reason no no reason at all he didn't give an unofficial reason either correct but if one if one credits defense argument that the courtroom deputy clerk was speaking on behalf of the judge okay so let's assume the judge had a policy of no continuances whatsoever for any reason which is what the policy i i that might be but that is not sufficient to find that i know the government's not to blame here this is the rare case where where the defense is not arguing that the government did something wrong they're arguing that the judge did something wrong you all stipulated for the continuance and the ex-party motion says i just need another month or two months it's sometime into january to get this done i think it said we'll have it done by the middle or end of january and it would be useful for a judge to see the complete report and whether or not it prejudiced him it's a separate issue but we got this problem here that if the judge if a judge comes in and says i don't care how compelling the excuse is i'm going to deny all continuances because i'm not a continuance person isn't that an arbitrary capricious policy i don't think so your honor so first of all the garrett case talks about that court has discretion to consider the congestion of its calendar here's there's no discretion being exercised yes he does yes you can manage your calendar um and and but where you don't exercise any discretion you're just saying in all cases you're not exercising discretion well your honor we really don't know so that's the problem we don't well i then i go back to my point really for this court to find that it was abuse of discretion defendant still has to show that he was prejudiced at this point defendant fails to do that at its core what he claims is that he needed additional time for his psychological for his psychologist report but the psychologist report made all the arguments that he wanted the uh psychologist wasn't a question of a first and draft as it were defense counsel argues that but again i think it's unclear what more the second draft would say and the district court quite clearly understood the argument he just found it not to be a justification he mentioned and if you look at er 30 he mentioned that you know people come in and they were bullied and then they become the bullier and he doesn't really see that as a justification so it's quite clear he understood the argument he understood all the evidence that underscored that argument including defendants bullying defendants immigrationist country but ultimately when he exercised his discretion under the 35 53 a factors he just didn't find that mitigating evidence outweighed the substantial aggravating harm and if you look at the court's cases on this on um abuses of discretion with continuance this court has found no abuse of discretion where it bothered me about what the judge says is so the prejudice that's articulated is that they were the defendant was unable to demonstrate a connection between the bullying and is wrongfully taking control of other people's lives and so you have the judge saying yeah of course being bullied etc yeah i've seen many seen that many times and then he says and i don't know if we're supposed to consider that as justification for then sort of bullying other people hurting other people and if that is the message then i'd like to hear more about the justification because i'm not seeing a connection isn't that the exact prejudice that's being that they weren't able to demonstrate to the judge sufficiently the connection between his lifetime of bullying and his conduct and taking control of other people's lives no i i don't think so i i think he completely understood the connection they were trying to make but really i think what he says i don't see the connection i really think it's shorthand for i don't see that as justification and that's what he used over and over again several times elsewhere in the record he said i don't see that as justification um he knew quite clearly what was going on and i'll note too um probation didn't see that as justification earlier and there's one point i want to correct with um what defense counsel said if you look at the record actually defense submitted his sentencing position on the 21st november which included dr phillips report the following day probation issued revised documents as normally as the course after views those submissions so to say that the probation didn't have the opportunity to consider this i think is incorrect probation did have a brief period to consider it it didn't change their conclusion let me test your argument and make sure i understand it let's assume that defense counsel had gone to the judge and said my experts diligently working on a report he can't have it by the date of sentencing it'll take him another week and the and the government as reasonable as you were said fine we're not we don't have a problem with that and the judge said sorry my policy is no continuances would we have an abuse of discretion and therefore they couldn't submit a report at all i mean we have an abuse of discretion looking at the facts you could and i think that is very so so your argument has to be in this case that there was no abuse of discretion because what the judge got was given what he got and given what he looked at it didn't the absence of a further continuance didn't prejudice correct okay i just want to make sure i understand yes no i don't you i understand the judge has lots of discretion in setting scheduling but it seems to me his policy here strikes me as arbitrary it may well have been error to apply that policy i'm still trying to figure out how we can find out whether or not mr gulshan was was prejudiced and it might very well have been inappropriate for him to just for the courtroom deputy clerk at least to make that statement but still uh if you look at this matter that it was seven months or whatever since the time or not i don't know it was july that was the play and the end of november that was the sentencing does that matter it does so um i know we've spent a lot of time on the fourth factor for how this court looks at which is prejudice but if you look at the other factors for how this court determines i don't think those other facts cut and to your point the seven months goes to the defendant's diligence so the plea here was in july this expert was retained in august as you mentioned this expert actually interviewed the defendant in september so there was a lot of time for this argument and this evidence to be created so i think that factor isn't cut in his favor the other factor that i really don't think cuts in his really none of them but whether the continuance would meet his needs i think that sort of dovetails with the prejudice and having additional time to make this argument i don't think would have actually met his needs because the district court understood the argument understood what he was trying to say and just found it was not a justification for the substantial harm he caused the victims and then obviously if there had been no report would that be a different yes your situation yes and i think if there was no report i think that could be an abuse of discretion and that's very similar to the flint case where the flint case where mr flint was not allowed to submit a a psychiatrist report in that case the court found an abuse of discretion but here and that because it went to the issue of flint's competency but here the defendant was able to that report and the court did consider the court understood the arguments and so we don't believe he's prejudiced and we also believe the district court's sentence in this case was was ultimately reasonable the court considered all the factors as is required under 35 53 and if you look at the record it really engaged in a thoroughful a thorough and meaningful review of the factors in very network so we believe there was no abuse of discretion and we ask this court to the sentence thank you all right thank you um mr miller thank you i just want to uh reiterate judge ward law making the point it's the nexus between the abuse and the mental health and the and the crime it's not to justify it it's not to completely excuse it it's only to mitigate it the other aspect of the prejudice is the another basis for the continuance was a huge psr the defense council was saying i need time to address and he was not given that time and did the motion for the continuance ever get to the judge oh yes the ex parte there was a stipulation first and then there was an ex parte application to and it in the stamps denied or what so i don't understand how the court clerk got in the middle of this i can't remember if it's an actual separate order i looked at the the docket sheet this morning and all i saw was denied i don't remember what it looks like but no reason was given but there wasn't there was a denial by the judge yes yes and and that but that x party is really important because that's the one where he explains the arbitrariness that i was told by clerk that you you're not continuing anything you're not continuing any sentences into next year that was filed with the court and the court never corrected that record so that that arbitrariness it is there and it was not just an email it was in mr eisner's filing back to the court the court never corrected that yeah well yeah you're not arguing that you relied on the representation of the court clerk no you filed a motion the judge denied it yes the clerk later said he's just not granting any of them right okay and i'll just the the last thing so i can make sure that it's clear is there's a lot of arguments that weren't made my colleague on the other side pointed them out in in their brief and that's another form of prejudice because there is as i've argued through that opening brief i think there were a lot of points that could be made under the guidelines a lot of points that could be made on the reason can i hold it against your side that you've never made a proffer that another report would be any different pardon me your honor well you haven't made a proffer that if you'd had the time which there's been substantial time from now that a second report would be any different than the first report it would be because you have to address the judge's concerns you have to have time to sit down and look at it can i but you haven't presented anything like that i'm stuck with the record that we have but i but i know looking at what happened before you would tie it up to judge right and say look these there is a direct connection between this and this and it doesn't justify it but it explains it and when your probation officer says that he keeps lying to him and he can't get his story straight and that really frustrates him well that's a product of of uh a lot of the issues for reconsideration and and give could you have made a motion for reconsideration with the finished report no and you'd have to file your appeal within 14 days i mean you could file but that wouldn't give you enough time to do the the new report and you've already been denied you don't want me to hold that against you i i do not want you to hold that against me okay okay thank you all right united states versus gulshan will be submitted and this course will be court will be recess for about five minutes
judges: WARDLAW, CALLAHAN, HURWITZ